# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–4 | User: admin | Date Created: 4/30/2026 |
| Case: 26–35027–kyp | Form ID: 155new | Total: 19 |

**Recipients of Notice of Electronic Filing:**

ust　　　　United States Trustee　　　　USTPRegion02.PK.ECF@USDOJ.GOV

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db　　　　Andrew George Gatton　　　906 Eagles Ridge Road　　　Brewster, NY 10509

tr　　　　Fred Stevens　　　Klestadt Winters Jureller　　　Southard & Stevens, LLP　　　200 West 41st Street　　　17th Floor　　　New York, NY 10036

smg　　　United States Attorney's Office　　　Southern District of New York　　　Attention: Tax & Bankruptcy Unit　　　86 Chambers Street, Third Floor　　　New York, NY 10007

smg　　　N.Y. State Unemployment Insurance Fund　　　P.O. Box 551　　　Albany, NY 12201–0551

8659426　　AMEX　　　P.O. BOX 981537　　　EL PASO, TX 79998

8659427　　AT&T　　　208 SOUTH AKARD STREET　　　ATT　　　DALLAS, TX 75202

8661128　　Atlas Acquisitions LLC　　　492C Cedar Lane, Ste 442　　　Teaneck, NJ 07666

8659428　　CAPITAL ONE　　　PO BOX 71083　　　CHARLOTTE, NC 28272–1083

8659429　　DEPARTMENT OF EDUCATION – NELNET　　　3015 SPARKER RD SUITE 400　　　AURORA, CO 80014

8659430　　DISCOVERCARD　　　POB 15316　　　WILMINGTON, DE 19850

8659431　　GS BANK USA　　　LOCKBOX 6112　　　P.O. BOX 7247　　　PHILADELPHIA, PA 19170

8659432　　JPMCBCARD　　　PO BOX 6294　　　CAROL STREAMS, IL 60197

8659433　　NISSAN MOTOR　　　POB 660366　　　DALLAS, TX 75266

8659434　　PENTAGON FCU　　　1001 N FAIRFAX ST　　　ALEXANDRIA, VA 22314

8659435　　PRESSLER, FELT & WARSHAW, L.L.P.　　　305 BROADWAY　　　SUITE 505　　　NEW YORK, NY 10007

8659436　　SECURITYCRED　　　306 ENTERPRISE DRIVE　　　OXFORD, MS 38655

8665915　　Verizon Wireless Bankruptcy Administration　　　500 Technology Drive, Suite 550　　　Weldon Spring, MO 63304

8659437　　WFBNACARD　　　PO BOX 393　　　MINNEAPOLIS, MN 55480

TOTAL: 18